IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MATTHEW ANDERSON,

   Plaintiff,

     v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY
As Trustee for the Holders of the First
Franklin Mortgage Loan Trust
2006-FF1, Mortgage Pass-Through
Certificates, Series 2006-FF1, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-4091-TWT

ORDER

This is a foreclosure action asserting claims under the Fair Debt Collections Act inter alia. It is before the Court on the Report and Recommendation [Doc. 23] of the Magistrate Judge recommending that the Defendants' Motion to Dismiss [Doc. 3] be granted. The Plaintiff's Objections are without merit for the reasons set forth in the thorough and well-reasoned Report and Recommendation of the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 3] is GRANTED. The Plaintiff's Motion for TRO [Doc. 2] is DENIED.

T:\ORDERS\11\Anderson\11cv4091\r&r.wpd

SO ORDERED, this 27 day of August, 2012.


/s/Thomas W. Thrash

THOMAS W. THRASH, JR.

United States District Judge